STATE of Missouri, Respondent,

v.

Kevin S. GODSY, Appellant.

No. WD 67549.

Missouri Court of Appeals,
Western District.

Dec. 18, 2007.

Appeal from the Circuit Court of Jackson County, Missouri, Charles William Kramer, Judge.

S. Kate Webber, Kansas City, MO, for Appellant.

Shaun J. Mackelprang, Jefferson City, MO, for Respondent.

Before LISA WHITE HARDWICK, P.J., JAMES M. SMART, JR., and JAMES EDWARD WELSH, Judge.

**ORDER**

Kevin S. Godsy appeals the circuit court's judgment convicting him of statutory sodomy in the first degree. We affirm. Rule 30.25(b).